## McCOWN et al. v. PHILLIPS.

(Decided November 21, 1930.)

L. J. May for movant.

E. J. Picklesimer opposed.

PER CURIAM. Judgment for $292.80 in an action on a bond executed pursuant to section 645 of the Civil Code.

Appeal denied; judgment affirmed.

## PORTER v. HAGER.

(Decided November 21, 1930.)

Fred Howes for movant.

W. J. Ward opposed.

PER CURIAM. Judgment for $250 in an action for personal property.

Appeal denied; judgment affirmed.

## O'DANIEL'S Administrator v. TILLMAN.

(Decided December 9, 1930.)

Frank Rives and W. B. Reeves for movant.

O. P. Roper opposed.

PER CURIAM. Judgment for $400 in an action on alleged contract for plaintiff.

Appeal denied; judgment affirmed.